# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### TRENTON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-31012-CMG |
| Denise M Lluen | Chapter 13 |
| Debtor. | Judge Christine M. Gravelle |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

> D. Anthony Sottile
> Authorized Agent for Home Point Financial Corporation
> 394 Wards Corner Road, Suite 180
> Loveland, OH 45140
> Phone: 513.444.4100
> Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: October 27, 2018 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 27, 2018, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

      John Zimnis, Debtor's Counsel
      njbankruptcylaw@aol.com

      Albert Russo, Chapter 13 Trustee
      docs@russotrustee.com

      Office of the United States Trustee
      ustpregion03.ne.ecf@usdoj.gov

I further certify that on October 27, 2018, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

      Denise M Lluen, Debtor
      14 Abernethy Drive
      Trenton, NJ 08618

                    /s/ D. Anthony Sottile
                    D. Anthony Sottile
                    Authorized Agent for Creditor
                    Sottile & Barile, LLC
                    394 Wards Corner Road, Suite 180
                    Loveland, OH 45140
                    Phone: 513.444.4100
                    Email: bankruptcy@sottileandbarile.com